IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

*Electronically Filed*

PAULA CHILDS                                )
                                            )
            Plaintiff                       )
                                            )
v.                                          )   CIVIL ACTION NO. 4:18-cv-00081-JHM-HBB
                                            )
                                            )
HOVEROUND CORPORATION                       )
                                            )
            Defendant.                      )

## DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant Hoveround Corporation, by counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 5.2(d), to order that exhibits to Plaintiff's Complaint, and exhibits to Plaintiff's pleadings in the Daviess Circuit Court that were a part of the Circuit Court's file, be filed under seal in connection with Hoveround's Removal Petition (DN 1).  When filing the notice of removal, Hoveround attached place holder documents for said exhibits.  (DN 1).

As grounds for this motion, Hoveround states that exhibits contain confidential medical information of Plaintiff to be protected from public disclosure, as Plaintiff attached her medical records as exhibits to her Complaint and the other pleadings she filed in the Daviess Circuit Court.  (*See* DN 1, Exhibit 4 to Notice of Removal).  Therefore, Hoveround respectfully requests that this Court grant its Motion to File under Seal so that it replace the place holder exhibits with said exhibits to its notice of removal.

Respectfully submitted,

\s\ Shane O'Bryan

Shane O'Bryan
DINSMORE & SHOHL LLP
101 South 5th Street, Suite 2500
Louisville, KY 40202
(502) 540-2300
(502) 585-2207 (Fax)
shane.obryan@dinsmore.com
*Counsel for Hoveround Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via U.S. Mail, first class, postage

prepaid, this 31st day of May, 2018 to:

Paula Childs                          Paula Childs
4719 Sydney Lane                      3001 Galaxy Dr.
Unit B                                Apt 320
Owensboro, KY 42301                   Evansville, IN 47715-1688

Paula Childs
1624 Ohio Street
Owensboro, KY 42301

\s\  Shane O'Bryan
*Counsel for Hoveround Corporation*