IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

***Electronically Filed***

| | | |
|---|---|---|
| PAULA CHILDS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 4:18-cv-00081-JHM-HBB |
| | ) | |
| | ) | |
| HOVEROUND CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL

Upon Defendant, Hoveround Corporation's Motion to File under Seal, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion to File under Seal is GRANTED. The clerk shall file the exhibits to Plaintiff's state court complaint and pleadings under seal as part of Exhibit 4 to Defendant's notice of removal.